UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 6, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| ENJOLI GAFFNEY, | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 22 D.C. Code § 4503(a)(1) (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 22 D.C. Code § 4514(a)(c)(1) (Possession of a Prohibited Weapon (Felony)) |
| | : | FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 25, 2025, within the District of Columbia, **ENJOLI GAFFNEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia in Criminal Case Nos. 2018-CF3-002698 and 2015-CF2-011779, and in the United States District Court for the District of Columbia in Criminal Case No. 03-CR-125, did unlawfully and knowingly possess ammunition, that is, 9mm ammunition, and did unlawfully and knowingly receive and possess such

ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about June 25, 2025, within the District of Columbia, **ENJOLI GAFFNEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm.

**(Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 22, D.C. Code, Section 4503(a)(1))

## COUNT THREE

On or about June 25, 2025, within the District of Columbia, **ENJOLI GAFFNEY**, unlawfully did have in his possession a ghost gun.

**(Possession of a Prohibited Weapon**, in violation of Title 22, D.C. Code, Section 4514(a)(c)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, ENJOLI GAFFNEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

2

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

A TRUE BILL:

By: *Christine M. Macey*
CHRISTINE M. MACEY
ASSISTANT UNITED STATES ATTORNEY

FOREPERSON.

3